ACCEPTED
05-17-00893-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 11:11 AM
LISA MATZ
CLERK

**05-17-00893-CV**

**IN THE COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS DALLAS, TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 11:11:16 AM
LISA MATZ
Clerk

**MY THREE SONS, LTD., MY THREE SONS MANAGEMENT, LLC, PRESTONWOOD OB/GYN ASSOCIATES, P.A., CHRISTOPHER RIEGEL, MD, P.A., and CHRISTOPHER RIEGEL,**

**Appellants,**

**vs.**

**MANHATTAN CONSTRUCTION COMPANY,**

**Appellee,**

**On Appeal from the 380th District Court of Collin County, Texas Trial Court Cause No. 380-00626-2017**

**MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF**

Appellants My Three Sons, Ltd., My Three Sons Management, LLC, Prestonwood Ob/Gyn Associates, P.A., Christopher Riegel, MD, P.A., and Christopher Riegel (collectively, "Appellants") file this their first Motion to Extend Time to File Appellants' Brief and would respectfully show the Court as follows:

1.      Appellants' brief was due January 26, 2018.  Appellants respectfully request a thirty (30) day extension of time to file Appellants' brief.  Appellants request the extension for the following reasons:

a.      Appellants originally requested and paid for a *partial* reporter's record (exhibits only) with respect to the trial court's hearing on Appellee's petition to confirm arbitration award.  Appellee requested that a reporter's record be prepared for the *entire* hearing and that Appellants be taxed with the costs of preparation.  Appellants responded by asking this Court to tax such costs to Appellee.  The Court denied Appellants' request.  In accordance with the Court's order, by letter dated November 10, 2017, Appellants' counsel timely submitted payment to the court reporter for the balance due to prepare the reporter's record for the entire hearing.  However, through no fault of Appellants, the court reporter did not file the reporter's record until over six weeks later (on December 27, 2017).

b.      Appellants' counsel's wife underwent a 6 hour surgery on December 23, 2017 at Methodist Hospital for Surgery in Addison (Robert Viere, M.D.) to correct scoliosis instrumentation in her back.  She was hospitalized for 5 days.  She has been confined to home care for the past 4 weeks.  Appellants' counsel has been unable to dedicate the necessary time to review the reporter's record and prepare Appellants' brief during the last

month as a result of his wife's condition. In addition, the Christmas and New Year's holidays further adversely affected counsel's ability to timely prepare Appellants' brief.

2. No prior extensions have been requested or granted.

3. Appellee opposes a thirty day extension, but does not oppose a ten day extension.

**WHEREFORE, PREMISES CONSIDERED**, Appellants respectfully request that Appellants be granted a thirty (30) day extension of time to file Appellants' brief.

Respectfully submitted,

*/s/ Craig P. Henderson*
Craig P. Henderson
  State Bar No. 09420410
WOLF & HENDERSON, P.C.
4309 Irving Avenue, Suite 200
Dallas, Texas 75219
(214) 750-1395
Fax: (214) 368-1395

ATTORNEYS FOR APPELLANTS

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on January 26, 2018, I attempted to confer with Appellee's counsel via email regarding the relief sought herein. On January 29, 2018, Appellee's counsel responded by email that Appellee would agree to a ten day extension.

*/s/ Craig P. Henderson*
Craig P. Henderson

## CERTIFICATE OF SERVICE

I hereby certify that, on January 31, 2018, I served a copy of this brief via efiling, email and/or fax to Appellee's counsel.

*/s/ Craig P. Henderson*
Craig P. Henderson